## APPEALS OF GEORGE SHAPIRO AND JOSEPH SHAPIRO.

Docket Nos. 1695 and 1696. Submitted July 18, 1925. Decided September 28, 1925.

*Claude I. Parker*, Esq., and *Homer H. Tooley*, C. P. A., for the taxpayers.

*W. Frank Gibbs*, Esq., for the Commissioner.

Before GRAUPNER, TRAMMELL, and PHILLIPS.

The taxpayers appeal from determinations of deficiencies for the calendar year 1919 as follows:

George Shapiro_____ $1, 544. 49
Joseph Shapiro_____ 1, 049. 23

By stipulation of counsel the appeals were consolidated. The deficiencies result from the action of the Commissioner in determining that the taxpayers realized a taxable profit upon the dissolution and liquidation of a corporation in which the taxpayers were stockholders.

### FINDINGS OF FACT.

1. The taxpayers are individuals residing in Los Angeles, Calif.
2. In 1919 each of the taxpayers owned 12,500 shares, or one-half, of the capital stock of the California Sanitary Canning Co., a corporation. This stock had been acquired at a cost to each of $9,584.
3. On December 31, 1919, the corporation was dissolved and the business was thereafter operated as a partnership, in which the taxpayers were equal partners, under the name of the California Sanitary Canning Co.
4. The entire assets of the corporation, of the value of $33,914.62, were taken over by the partnership.
5. The Commissioner computed the taxable profit realized by each taxpayer as follows:

One-half the value of the corporation's assets which were taken
  over by the partnership_____ $16, 957. 31
Cost of stock_____ 9, 584. 00
                                                                    _____
  Profit_____ 7, 373. 31

### DECISION.

The determinations of the Commissioner are approved. *Appeal of E. C. Huffman*, 1 B. T. A. 52.

ARUNDELL not participating.